Wade H. COOPER, Appellant, v. R. C. PARSONS, Receiver, United States Savings Bank, Appellee.

No. 8872.

United States Court of Appeals District of Columbia.

Argued Jan. 23, 1945.

Decided March 12, 1945.

Mr. Wade H. Cooper, pro se, of Washington, D. C., for appellant.

Mr. H. Donald Kistler, of Washington, D. C., with whom Messrs. Herbert M. Bingham and Linton M. Collins, both of Washington, D. C., were on the brief, for appellee.

Before GRONER, C. J., and MILLER and EDGERTON, JJ.

PER CURIAM.

The judgment is affirmed on the opinion of Justice Letts herein. 59 F.Supp. 221.

Affirmed.